# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Paul J Rak, Jr. | § | Case No. 14-43549 |
| Marilyn F Rak | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/05/2014 . The undersigned trustee was appointed on 12/05/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 5,200.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 399.68 |
| Bank service fees | | 90.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,710.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/26/2015 and the deadline for filing governmental claims was 07/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,270.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,270.00 , for a total compensation of $ 1,270.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/22/2016    By: /s/Zane L. Zielinski
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 14-43549 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Paul J Rak, Jr. | | | | Date Filed (f) or Converted (c): | 12/05/2014 (f) |
| | Marilyn F Rak | | | | 341(a) Meeting Date: | 01/05/2015 |
| For Period Ending: | 03/22/2016 | | | | Claims Bar Date: | 05/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Located At 944 Shiloh Court In Joliet, Il | 109,887.00 | 0.00 | | 0.00 | FA |
| 2. Johnson County Illinois 5.084 Acres, More Or Less, Per Surve | 2,560.00 | 0.00 | | 2,500.00 | FA |
| 3. Cash on Hand | 40.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Xxxx4924 With Jp Morgan Chase Bank | 1,261.82 | 0.00 | | 0.00 | FA |
| 5. Checking: business classic checking of Paul J Rak, Jr, d/b/a | 223.96 | 0.00 | | 0.00 | FA |
| 6. Savings: business select high yield savings of Paul J Rak, | 0.59 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 500.00 | 0.00 | | 0.00 | FA |
| 8. Various Artwork, Cds, Books, Etc | 100.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Firearms and sports, photographic and other hobby equipment | 2,855.00 | 0.00 | | 0.00 | FA |
| 11. Checking, savings or other financial accounts: First Catholi | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit s | 0.13 | 0.00 | | 0.00 | FA |
| 13. Motorcycle 2005 Yamaha Tour Deluxe; 50,000 miles | 5,535.00 | 2,700.00 | | 2,700.00 | FA |
| 14. 2007 Honda CRV EX 2WD; 163,000 miles | 7,300.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Subaru Impreza 2.5l Wagon; 95,000 Miles | 6,875.00 | 0.00 | | 0.00 | FA |
| 16. Office equipment, Furnishings, and Supplies | 100.00 | 0.00 | | 0.00 | FA |
| 17. Various Tools | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $139,338.50 | $2,700.00 | | $5,200.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

The Trustee is investigating the sale of joint owned real estate.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Available Cash |
| RE PROP # | 4 | -- | Checking Account Xxxx4924 With Jp Morgan Chase Bank, 1421 Rt |
| RE PROP # | 5 | -- | "business classic checking of Paul J Rak, Jr, d/b/a PJR Computing" account xxxx8035 with JPMorgan Chase Bank, 1421 Rte 59, Joliet, IL 60431 |
| RE PROP # | 6 | -- | "business select high yield savings of Paul J Rak, Jr, d/b/a PJR Computing" account xxxx9920 with JPMorgan Chase Bank, 1421 Rte 59, Joliet, IL 60431 |
| RE PROP # | 7 | -- | Various Household Furniture And Goods |
| RE PROP # | 8 | -- | Various Artwork, Cds, Books, Etc |
| RE PROP # | 9 | -- | Necessary Wearing Apparel |
| RE PROP # | 10 | -- | Various Firearms, Non-Collectible, Hobby |
| RE PROP # | 11 | -- | First Catholic Slovak Union Of Usa And Canada |
| RE PROP # | 12 | -- | Rollover Ira Account With Fidelity National Fin, Services |
| RE PROP # | 13 | -- | Motorcycle 2005 Yamaha Tour Deluxe; 50,000 miles; value estimate by nada.com |
| RE PROP # | 14 | -- | 2007 Honda CRV EX 2WD; 163,000 miles; value estimate by nada.com |
| RE PROP # | 15 | -- | 2008 Subaru Impreza 2.5I Wagon; 95,000 Miles; Various Dents |
| RE PROP # | 16 | -- | Various Office Furniture |
| RE PROP # | 17 | -- | Various Tools |

Initial Projected Date of Final Report (TFR): 02/28/2016        Current Projected Date of Final Report (TFR): 02/28/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-43549  
Case Name: Paul J Rak, Jr.  
Marilyn F Rak  
Taxpayer ID No: XX-XXX2007  
For Period Ending: 03/22/2016  

Trustee Name: Zane L. Zielinski  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4305  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5044 | Transfer of Funds | 9999-000 | $2,430.32 | | $2,430.32 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,420.32 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,410.32 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,400.32 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,390.32 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,380.32 |
| 12/10/15 | 2 | William Gregory Mucci 2500 W. Belmont Avenue #406 Chicago, Illinois 60618-5967 | Payment for Real Estate | 1110-000 | $2,500.00 | | $4,880.32 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,870.32 |
| 02/02/16 | 5001 | Lynn Beasley C/O Midwest Real Estate 400 Redbud Road Vienna, IL 62995 | Administrative expense Pursuant to Court Order entered on January 29, 2016 | 3711-000 | | $150.00 | $4,720.32 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,710.32 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,930.32 | $220.00 |
| Less: Bank Transfers/CD's | $2,430.32 | $0.00 |
| Subtotal | $2,500.00 | $220.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $4,930.32   $220.00

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,500.00 | $220.00 |

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-43549 | Trustee Name: Zane L. Zielinski | |
| Case Name: Paul J Rak, Jr. | Bank Name: The Bank of New York Mellon | |
| Marilyn F Rak | Account Number/CD#: XXXXXX5044 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2007 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/22/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/15 | 13 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 6004 | vehicle sale Sale of 2005 Yamaha Deluxe | 1129-000 | $2,700.00 | | $2,700.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,690.00 |
| 06/19/15 | 101 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 6004 | Administrative expense Reversal Wrong amount | 2500-000 | | ($366.49) | $3,056.49 |
| 06/19/15 | 101 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 6004 | Administrative expense Costs from Car auction of 2008 Jeep Patriot | 2500-000 | | $366.49 | $2,690.00 |
| 06/19/15 | 102 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 60004 | Administrative expense | 2500-000 | | $249.68 | $2,440.32 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,430.32 |
| 07/14/15 | | Transfer to Acct # xxxxxx4305 | Transfer of Funds | 9999-000 | | $2,430.32 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $2,700.00 | $2,700.00 |
| Less: Bank Transfers/CD's | $0.00 | $2,430.32 |
| Subtotal | $2,700.00 | $269.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,700.00 | $269.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:        $2,700.00        $2,700.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4305 - Checking | $2,500.00 | $220.00 | $4,710.32 |
| XXXXXX5044 - Checking | $2,700.00 | $269.68 | $0.00 |
| | $5,200.00 | $489.68 | $4,710.32 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,200.00 |
| Total Gross Receipts: | $5,200.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-43549  
Debtor Name: Paul J Rak, Jr.  
Claims Bar Date: 5/26/2015  

Date: March 23, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,270.00 | $1,270.00 |
| 1 300 7100 | Federal Pacific Credit Co.<br>Pob 27198<br>Salt Lake City, Ut 84127 | Unsecured | | $1,429.27 | $1,459.00 | $1,459.00 |
| 2 300 7100 | Portfolio Recovery Associates, Llc Successor To Fia Card Services, N.A. (Ba<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $23,500.76 | $23,500.76 | $23,500.76 |
| 3 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $5,612.00 | $5,612.40 | $5,612.40 |
| | Case Totals | | | $30,542.03 | $31,842.16 | $31,842.16 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-43549
Case Name: Paul J Rak, Jr.
    Marilyn F Rak
Trustee Name: Zane L. Zielinski

    Balance on hand      $      4,710.32

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,270.00 | $ 0.00 | $ 1,270.00 |

Total to be paid for chapter 7 administrative expenses      $ 1,270.00
Remaining Balance      $ 3,440.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,572.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Federal Pacific Credit Co. | $ 1,459.00 | $ 0.00 | $ 164.18 |
| 2 | Portfolio Recovery Associates, Llc | $ 23,500.76 | $ 0.00 | $ 2,644.57 |
| 3 | Portfolio Recovery Associates, Llc | $ 5,612.40 | $ 0.00 | $ 631.57 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,440.32 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE