## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Paul J Rak, Jr. | § | Case No. 14-43549 |
| Marilyn F Rak | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> 219 S. Dearborn Street
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 04/29/2016 in Courtroom ,
> Second Floor
> Joliet City Hall Building
> 150 West Jefferson Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/25/2016          By: /s/ Zane L. Zielinski
                                               Chapter 7 Trustee


*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Paul J Rak, Jr. § Case No. 14-43549
Marilyn F Rak §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,200.00 |
| and approved disbursements of | $ | 489.68 |
| leaving a balance on hand of[1] | $ | 4,710.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 1,270.00 | $ 0.00 | $ 1,270.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,270.00 |
| Remaining Balance | $ | 3,440.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,572.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Federal Pacific Credit Co. | $ 1,459.00 | $ 0.00 | $ 164.18 |
| 2 | Portfolio Recovery Associates, Llc | $ 23,500.76 | $ 0.00 | $ 2,644.57 |
| 3 | Portfolio Recovery Associates, Llc | $ 5,612.40 | $ 0.00 | $ 631.57 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,440.32 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 14-43549-BWB
Paul J Rak, Jr.                                                         Chapter 7
Marilyn F Rak
          Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                 Page 1 of 2         Date Rcvd: Mar 28, 2016
                              Form ID: pdf006              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2016.
db/jdb         +Paul J Rak, Jr.,   Marilyn F Rak,   944 Shiloh Court,   Joliet, IL 60431-9307
22701790        ARS National Services, Inc.,   P.O. Box 463023,   Escondido, CA 92046-3023
22701791       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,   PO BOX 982235,   El Paso, TX 79998-2235)
22701793       +Blatt,Hasenmiller,Leibsker & Moore,   10 S. LaSalle Street, Ste 2200,   Chicago, IL 60603-1069
22701796       +Chase Bank U.S.A., N.A.,   Card Services,   PO BOX 15298,   Wilmington, DE 19850-5298
22701797        Chase Customer Service Research,   PO BOX 24696,   Columbus, OH 43224-0696
22701798        FIA Card Services,   PO Box 15026,   Wilmington, DE 19850-5026
22701801       +Freedman Anselmo Lindberg LLC,   1771 West Diehl Road, Suite 150,   PO BOX 3228,
                 Naperville, IL 60566-3228
22701803       +Michael Ira Asen, P.C.,   2200 Northern Boulevard, Ste. 104,   Greenvale, NY 11548-1220
22701804       +PayPal Credit,   PO BOX 5018,   Timonium, MD 21094-5018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22701794       +E-mail/Text: bankruptcy@cavps.com Mar 29 2016 04:24:06     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,   500 Summit Lake Drive,   Valhalla, NY 10595-2322
22701795        E-mail/Text: bankruptcy@fedpacific.com Mar 29 2016 04:25:01     Chad Steur Law, LLC,
                 PO BOX 27198,   Salt Lake City, UT 84127-0198
23062927       +E-mail/Text: bankruptcy@fedpacific.com Mar 29 2016 04:25:01     Federal Pacific Credit Co.,
                 POB 27198,   Salt Lake City, UT 84127-0198
22701799       +E-mail/Text: collectionbankruptcies.bancorp@53.com Mar 29 2016 04:24:57     Fifth Third Bank,
                 Bankruptcy Dept. Mail drop RSCB3E,   1830 East Paris Ave. SE,   Grand Rapids, MI 49546-6253
22701800       +E-mail/Text: collectionbankruptcies.bancorp@53.com Mar 29 2016 04:24:57     Fifth Third Bank,
                 MZ-Bankruptcy-RSCB3E,   1830 East Paris Ave. SE,   Grand Rapids, MI 49546-6253
22701802       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2016 04:35:13     Ge Money Bank,
                 Attn: Bankruptcy Dept.,   PO BOX 103106,   Roswell, GA 30076-9106
22701805        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2016 04:35:00
                 Portfolio Recovery Associates LLC,   Attn: Bankruptcy,   PO BOX 41067,   Norfolk, VA 23541
22701806        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2016 04:33:05
                 Portfolio Recovery Associates, LLC,   120 Corporate Boulevard,   Norfolk, VA 23502
23346952        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2016 04:34:04
                 Portfolio Recovery Associates, LLC,   Successor to FIA CARD SERVICES, N.A. (BA,   POB 41067,
                 Norfolk, VA 23541
23348927        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2016 04:33:04
                 Portfolio Recovery Associates, LLC,   successor to SYNCHRONY BANK,   POB 41067,
                 Norfolk VA 23541
22701807        E-mail/Text: bnc@ursi.com Mar 29 2016 04:22:00     United Recovery Systems,   PO BOX 722929,
                 Houston, TX 77272-2929
22701808        E-mail/Text: bnc@ursi.com Mar 29 2016 04:22:03     United Recovery Systems, LP,   PO BOX 722929,
                 Houston, TX 77272-2929
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22701792*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bank of America,   PO BOX 982238,   El Paso, TX 79998)
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Mar 28, 2016
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2016 at the address(es) listed below:
          Ann M Houha    on behalf of Debtor 1 Paul J Rak, Jr. ann@beutlerlaw.com,
           blcnotices@gmail.com;myecfbeutler@gmail.com
          Ann M Houha    on behalf of Debtor 2 Marilyn F Rak ann@beutlerlaw.com,
           blcnotices@gmail.com;myecfbeutler@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    FIFTH THIRD MORTGAGE COMPANY ND-Two@il.cslegal.com
          Zane L. Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@wfactorlaw.com,
           zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
           law.com
          Zane L. Zielinski    trustee@zanezielinski.com,
           zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
           law.com

                                                                                     TOTAL: 6