# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Paul J Rak, Jr. | § | Case No. 14-43549 |
| Marilyn F Rak | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 86,571.37    Assets Exempt: 44,800.13
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,440.32    Claims Discharged
                                              Without Payment: 263,782.26

Total Expenses of Administration: 1,759.68

---

3) Total gross receipts of $ 5,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,200.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 118,908.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,759.68 | 1,759.68 | 1,759.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 148,284.45 | 30,572.16 | 30,572.16 | 3,440.32 |
| **TOTAL DISBURSEMENTS** | $ 267,192.45 | $ 32,331.84 | $ 32,331.84 | $ 5,200.00 |

4)  This case was originally filed under chapter 7 on 12/05/2014 . The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2016           By:/s/Zane L. Zielinski
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Johnson County Illinois 5.084 Acres, More Or Less, Per Surve | 1110-000 | 2,500.00 |
| Motorcycle 2005 Yamaha Tour Deluxe; 50,000 miles | 1129-000 | 2,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Chase Customer Service Research PO BOX 24696 Columbus, OH 43224-0696 | | 13,023.39 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 Fifth Third Bank Bankruptcy Dept. Mail drop RSCB3E 1830 East Paris Ave. SE Grand Rapids, MI 49546 | | 105,884.61 | NA | NA | 0.00 |
| | Portfolio Recovery Associates, LLC 120 Corporate Boulevard Norfolk, VA 23502 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 118,908.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,270.00 | 1,270.00 | 1,270.00 |
| American Auction Associates, Inc. | 2500-000 | NA | 249.68 | 249.68 | 249.68 |
| Associated Bank | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| The Bank of New York Mellon | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| Lynn Beasley | 3711-000 | NA | 150.00 | 150.00 | 150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,759.68 | $ 1,759.68 | $ 1,759.68 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS National Services, Inc. P.O. Box 463023 Escondido, CA 92046-3023 | | 0.00 | NA | NA | 0.00 |
| | Bank of America PO BOX 982235 El Paso, TX 79998-2235 | | 0.00 | NA | NA | 0.00 |
| | Bank of America PO BOX 982238 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt,Hasenmiller,Leibsker & Moore 10 S. LaSalle Street, Ste 2200 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Chad Steur Law, LLC PO BOX 27198 Salt Lake City, UT 84127-0198 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 1 Cavalry Portfolio Services Attn: Bankruptcy Department 500 Summit Lake Drive Valhalla, NY 10595 | | 48,259.00 | NA | NA | 0.00 |
| | Creditor #: 2 Chase Bank U.S.A., N.A. Card Services PO BOX 15298 Wilmington, DE 19850 | | 26,240.31 | NA | NA | 0.00 |
| | Creditor #: 3 Chase Bank U.S.A., N.A. Card Services PO BOX 15298 Wilmington, DE 19850 | | 19,347.53 | NA | NA | 0.00 |
| | Creditor #: 4 Chase Bank U.S.A., N.A. Card Services PO BOX 15298 Wilmington, DE 19850 | | 10,016.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 5 Chase Bank U.S.A., N.A. Card Services PO BOX 15298 Wilmington, DE 19850 | | 8,293.00 | NA | NA | 0.00 |
| | Creditor #: 6 Chase Bank U.S.A., N.A. Card Services PO BOX 15298 Wilmington, DE 19850 | | 4,483.00 | NA | NA | 0.00 |
| | Creditor #: 8 Michael Ira Asen, P.C. 2200 Northern Boulevard, Ste. 104 Greenvale, NY 11548 | | 250.00 | NA | NA | 0.00 |
| | Creditor #: 9 PayPal Credit PO BOX 5018 Timonium, MD 21094 | | 853.58 | NA | NA | 0.00 |
| | FIA Card Services PO Box 15026 Wilmington, DE 19850-5026 | | 0.00 | NA | NA | 0.00 |
| | FIA Card Services PO Box 15026 Wilmington, DE 19850-5026 | | 0.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg LLC 1771 West Diehl Road, Suite 150 PO BOX 3228 Naperville, IL 60566-7228 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Recovery Systems PO BOX 722929 Houston, TX 77272-2929 | | 0.00 | NA | NA | 0.00 |
| | United Recovery Systems, LP PO BOX 722929 Houston, TX 77272-2929 | | 0.00 | NA | NA | 0.00 |
| 1 | Federal Pacific Credit Co. | 7100-000 | 1,429.27 | 1,459.00 | 1,459.00 | 164.18 |
| 2 | Portfolio Recovery Associates, Llc | 7100-000 | 23,500.76 | 23,500.76 | 23,500.76 | 2,644.57 |
| 3 | Portfolio Recovery Associates, Llc | 7100-000 | 5,612.00 | 5,612.40 | 5,612.40 | 631.57 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 148,284.45 | $ 30,572.16 | $ 30,572.16 | $ 3,440.32 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-43549 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Paul J Rak, Jr. | | | | Date Filed (f) or Converted (c): | 12/05/2014 (f) |
| | Marilyn F Rak | | | | 341(a) Meeting Date: | 01/05/2015 |
| For Period Ending: | 08/24/2016 | | | | Claims Bar Date: | 05/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Located At 944 Shiloh Court In Joliet, Il | 109,887.00 | 0.00 | | 0.00 | FA |
| 2. Johnson County Illinois 5.084 Acres, More Or Less, Per Surve | 2,560.00 | 0.00 | | 2,500.00 | FA |
| 3. Cash on Hand | 40.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Xxxx4924 With Jp Morgan Chase Bank | 1,261.82 | 0.00 | | 0.00 | FA |
| 5. Checking: business classic checking of Paul J Rak, Jr, d/b/a | 223.96 | 0.00 | | 0.00 | FA |
| 6. Savings: business select high yield savings of Paul J Rak, | 0.59 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 500.00 | 0.00 | | 0.00 | FA |
| 8. Various Artwork, Cds, Books, Etc | 100.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Firearms and sports, photographic and other hobby equipment | 2,855.00 | 0.00 | | 0.00 | FA |
| 11. Checking, savings or other financial accounts: First Catholi | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit s | 0.13 | 0.00 | | 0.00 | FA |
| 13. Motorcycle 2005 Yamaha Tour Deluxe; 50,000 miles | 5,535.00 | 2,700.00 | | 2,700.00 | FA |
| 14. 2007 Honda CRV EX 2WD; 163,000 miles | 7,300.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Subaru Impreza 2.5l Wagon; 95,000 Miles | 6,875.00 | 0.00 | | 0.00 | FA |
| 16. Office equipment, Furnishings, and Supplies | 100.00 | 0.00 | | 0.00 | FA |
| 17. Various Tools | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $139,338.50   $2,700.00   $5,200.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

The Trustee is investigating the sale of joint owned real estate.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Available Cash |
| RE PROP # | 4 | -- | Checking Account Xxxx4924 With Jp Morgan Chase Bank, 1421 Rt |
| RE PROP # | 5 | -- | "business classic checking of Paul J Rak, Jr, d/b/a PJR Computing" account xxxx8035 with JPMorgan Chase Bank, 1421 Rte 59, Joliet, IL 60431 |
| RE PROP # | 6 | -- | "business select high yield savings of Paul J Rak, Jr, d/b/a PJR Computing" account xxxx9920 with JPMorgan Chase Bank, 1421 Rte 59, Joliet, IL 60431 |
| RE PROP # | 7 | -- | Various Household Furniture And Goods |
| RE PROP # | 8 | -- | Various Artwork, Cds, Books, Etc |
| RE PROP # | 9 | -- | Necessary Wearing Apparel |
| RE PROP # | 10 | -- | Various Firearms, Non-Collectible, Hobby |
| RE PROP # | 11 | -- | First Catholic Slovak Union Of Usa And Canada |
| RE PROP # | 12 | -- | Rollover Ira Account With Fidelity National Fin, Services |
| RE PROP # | 13 | -- | Motorcycle 2005 Yamaha Tour Deluxe; 50,000 miles; value estimate by nada.com |
| RE PROP # | 14 | -- | 2007 Honda CRV EX 2WD; 163,000 miles; value estimate by nada.com |
| RE PROP # | 15 | -- | 2008 Subaru Impreza 2.5I Wagon; 95,000 Miles; Various Dents |
| RE PROP # | 16 | -- | Various Office Furniture |
| RE PROP # | 17 | -- | Various Tools |

Initial Projected Date of Final Report (TFR): 02/28/2016     Current Projected Date of Final Report (TFR): 02/28/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

|  |  |
|---|---|
| Case No: 14-43549 | Trustee Name: Zane L. Zielinski |
| Case Name: Paul J Rak, Jr. | Bank Name: Associated Bank |
| Marilyn F Rak | Account Number/CD#: XXXXXX4305 |
|  | Checking |
| Taxpayer ID No: XX-XXX2007 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/24/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 |  | Transfer from Acct # xxxxxx5044 | Transfer of Funds | 9999-000 | $2,430.32 |  | $2,430.32 |
| 08/07/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,420.32 |
| 09/08/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,410.32 |
| 10/07/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,400.32 |
| 11/06/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,390.32 |
| 12/07/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,380.32 |
| 12/10/15 | 2 | William Gregory Mucci<br>2500 W. Belmont Avenue #406<br>Chicago, Illinois 60618-5967 | Payment for Real Estate | 1110-000 | $2,500.00 |  | $4,880.32 |
| 01/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $4,870.32 |
| 02/02/16 | 5001 | Lynn Beasley<br>C/O Midwest Real Estate<br>400 Redbud Road<br>Vienna, IL 62995 | Administrative expense Pursuant to Court Order entered on January 29, 2016 | 3711-000 |  | $150.00 | $4,720.32 |
| 02/05/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $4,710.32 |
| 04/29/16 | 5002 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 |  | $1,270.00 | $3,440.32 |
| 04/29/16 | 5003 | Federal Pacific Credit Co.<br>Pob 27198<br>Salt Lake City, Ut 84127 | Final distribution to claim 1 representing a payment of 11.25 % per court order. | 7100-000 |  | $164.18 | $3,276.14 |
|  |  |  | Page Subtotals: |  | $4,930.32 | $1,654.18 |  |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-43549 |
| Case Name: | Paul J Rak, Jr. |
| | Marilyn F Rak |
| Taxpayer ID No: | XX-XXX2007 |
| For Period Ending: | 08/24/2016 |

| | |
|---|---|
| Trustee Name: | Zane L. Zielinski |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX4305 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/29/16 | 5004 | Portfolio Recovery Associates, Llc Successor To Fia Card Services, N.A. (Ba Pob 41067 Norfolk, Va 23541 | Final distribution to claim 2 representing a payment of 11.25 % per court order. | 7100-000 | | $2,644.57 | $631.57 |
| 04/29/16 | 5005 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank Pob 41067 Norfolk Va 23541 | Final distribution to claim 3 representing a payment of 11.25 % per court order. | 7100-000 | | $631.57 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,930.32 | $4,930.32 |
| Less: Bank Transfers/CD's | $2,430.32 | $0.00 |
| Subtotal | $2,500.00 | $4,930.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,500.00 | $4,930.32 |

Page Subtotals: $0.00 $3,276.14

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-43549 | Trustee Name: | Zane L. Zielinski |
| Case Name: Paul J Rak, Jr. | Bank Name: | The Bank of New York Mellon |
| Marilyn F Rak | Account Number/CD#: | XXXXXX5044 |
| | | Checking |
| Taxpayer ID No: XX-XXX2007 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/15 | 13 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois 6004 | vehicle sale<br>Sale of 2005 Yamaha Deluxe | 1129-000 | $2,700.00 | | $2,700.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,690.00 |
| 06/19/15 | 101 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois 6004 | Administrative expense<br>Reversal<br>Wrong amount | 2500-000 | | ($366.49) | $3,056.49 |
| 06/19/15 | 101 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois 6004 | Administrative expense<br>Costs from Car auction of 2008 Jeep Patriot | 2500-000 | | $366.49 | $2,690.00 |
| 06/19/15 | 102 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004 | Administrative expense | 2500-000 | | $249.68 | $2,440.32 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,430.32 |
| 07/14/15 | | Transfer to Acct # xxxxxx4305 | Transfer of Funds | 9999-000 | | $2,430.32 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,700.00 | $2,700.00 |
| Less: Bank Transfers/CD's | $0.00 | $2,430.32 |
| Subtotal | $2,700.00 | $269.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,700.00 | $269.68 |

| | | |
|---|---|---|
| Page Subtotals: | $2,700.00 | $2,700.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4305 - Checking | $2,500.00 | $4,930.32 | $0.00 |
| XXXXXX5044 - Checking | $2,700.00 | $269.68 | $0.00 |
|  | $5,200.00 | $5,200.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,200.00 |
| Total Gross Receipts: | $5,200.00 |

Page Subtotals: $0.00 $0.00